**SEND**  
**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9375 PA (JEMx) | Date | January 18, 2011 |
|---|---|---|---|
| Title | Charles Smith, et al. v. OneWest Bank Group LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On January 7, 2011 the Court issued an order provisionally remanding this action to the San Luis Obispo County Superior Court as a result of procedural defects in the Notice of Removal. In its January 7, 2011 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by January 14, 2011 if he objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the January 7, 2011 order, this action is remanded to San Luis Obispo County Superior Court, Case No. CV 100717.

IT IS SO ORDERED.